JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11  MARICELA MARQUEZ and RUTILO
    MARQUEZ,
12
                        Plaintiffs,
13
             v.
14
    BELSHER, BECKER & ROBERTS LAW
15  OFFICE,
16
                        Defendants.
17

No.     CV 11-6066 PA (JCx)

JUDGMENT

        In accordance with the Court's September 19, 2011 Minute Order granting the Motion to
18
    Dismiss filed by defendant Belsher, Becker & Roberts ("Defendant") with prejudice, the Court has
19
    resolved all of the claims pending in this action.
20
        It is therefore now ORDERED, ADJUDGED, and DECREED that Defendant shall have
21
    judgment in its favor on all of Maricela Marquez's and Rutilo Marquez's claims.
22
        IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Maricela Marquez and
23
    Rutilo Marquez take nothing and that Defendant shall have its costs of suit.
24
25  DATED: September 19, 2011
26
                                    _____
27                                            Percy Anderson
                                       UNITED STATES DISTRICT JUDGE
28