JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARICELA MARQUEZ and RUTILO MARQUEZ, | No.    CV 11-6066 PA (JCx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| BELSHER, BECKER & ROBERTS LAW OFFICE, | |
| Defendants. | |

In accordance with the Court's September 19, 2011 Minute Order granting the Motion to Dismiss filed by defendant Belsher, Becker & Roberts ("Defendant") with prejudice, the Court has resolved all of the claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that Defendant shall have judgment in its favor on all of Maricela Marquez's and Rutilo Marquez's claims.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Maricela Marquez and Rutilo Marquez take nothing and that Defendant shall have its costs of suit.

DATED: September 19, 2011

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE